Spencer Stephen Sephus # K5913
C.M.C.F.
P.O. Box 88556
Pearl, Mo 39288


RECEIVED
NOV 0 4 2011
Clerk U.S. District Court
Southern District of Miss

CMCF
APPROVED LEGAL MAIL
NOV 01 2011

U. S. D. C.
J. T. Noblin, Clerk
P. O. Box 23552
Jackson, MS  39225