# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-60244



STEPHEN MICHAEL SEPHUS,

    Plaintiff - Appellant

v.

MISSISSIPPI DEPARTMENT OF CORRECTIONS; PIKE COUNTY CIRCUIT COURT; PIKE COUNTY JAIL; PIKE COUNTY SHERIFF'S DEPARTMENT; KEITH STARRETT, (then) Pike County Circuit Court Judge (now) Mississippi State Supreme Court Judge,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of January 4, 2013, for want of prosecution. The appellant failed to timely file brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT