# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 04, 2013

Mr. J. T. Noblin  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

    No. 12-60244,  Stephen Sephus v. MS Department of Corrections, et al  
        USDC No. 3:11-CV-684

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                        By: _____  
                        Shawn D. Henderson, Deputy Clerk  
                        504-310-7668

cc w/encl:  
    Mr. Stephen Michael Sephus